IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEARLINE CHASE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil No.  3:19-CV-3012-E-BN |
| v. | § | |
| | § | |
| JOHN B. WILLIAMS III and | § | |
| JBW ENTERPRISES, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation that this case should be dismissed for lack of subject matter jurisdiction (Doc. 8).  No objections were filed.  The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the magistrate's Findings and Conclusions. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court dismisses this case without prejudice.

**SO ORDERED**.

Signed January 30, 2020.

ADA BROWN
UNITED STATES DISTRICT JUDGE